**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

2015 JUN 19 P 4: 25

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DANE SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> VMWARE, INC., and CARAHSOFT TECHNOLOGY CORP., <br><br> Defendants. | Civil Action No. 1:10cv769 <br> **FILED UNDER SEAL** <br> Pursuant to 31 U.S.C. Section 3730(b)(2) and (b)(3) <br><br> JCC/JFA |

## UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSES OF SETTLEMENT

The United States, Relator Dane Smith, and Defendants VMware Technology Inc. and Carahsoft Technology Corporation (collectively, "Defendants") are in the process of executing a settlement agreement that resolves the claims asserted by Relator on behalf of the United States in this action. The United States respectfully advises the Court of its decision to intervene for the purposes of settlement pursuant to 31 U.S.C. §§ 3730(b)(2) & (4).

Under the terms and conditions of the settlement agreement, the United States and Relator will file a Stipulation of Dismissal following the settlement payment from the Defendants which is due within seven business days. To effectuate the terms of the Parties' agreement, the stipulated dismissal will be with prejudice in part and without prejudice in part.

Finally, the United States hereby requests that the Court unseal the Relator's Complaint, the Relator's Amended Complaints, this Notice of Intervention, and all subsequent filings following this Notice of Intervention. The United States respectfully requests that all other filings

in this matter remain under seal and not be made public because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. A Proposed Order is filed herewith.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

DANA J. BOENTE
United States Attorney

_____
STEVEN GORDON
Assistant United States Attorney
Eastern District of Virginia
U.S. Attorney's Office
Justin W. Williams U.S. Attorney's Bldg.
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3817
Fax: (703) 299-3983
Steve.Gordon@usdoj.gov

MICHAEL GRANSTON
SARA MCLEAN
BENJAMIN C. WEI
Attorneys, Department of Justice
Civil Division
P.O. Box 191
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-0256
Fax: (202) 514-0280

ATTORNEYS FOR THE UNITED STATES

DATED: __6/19/15_____