IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. DANE SMITH, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 1:10cv769 **FILED UNDER SEAL** |
| VMWARE, INC., and CARAHSOFT TECHNOLOGY CORP., | ) ) ) ) | Pursuant to 31 U.S.C. Section 3730(b)(2) and (b)(3) |
| | ) ) | JCC/JFA |
| Defendants. | ) ) ) | |

## ORDER

Upon consideration of the United States' Notice of Intervention for Purposes of Settlement, it is hereby:

**ORDERED** that the Relator's Complaint, the Relator's Amended Complaints, the United States' Notice of Intervention for Purposes of Settlement, and this Order be unsealed; and

**ORDERED** that all filings after this Order be unsealed; and

**ORDERED** that all other filings in this matter remain under seal and not be made public.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　/s/
James C. Cacheris
United States District Judge

_____
United States District Judge

Date: 6/23/15